

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

**NO. 02-14-00229-CV**
**NO. 02-14-00231-CV**

IN RE DENTON COUNTY FRESH                          RELATOR
WATER SUPPLY DISTRICT NO.
11-A

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 2013-60435-393

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and petition for temporary injunctive relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and petition for temporary injunctive relief are denied.[2]

PER CURIAM

PANEL: LIVINGSTON, C.J.; GARDNER and WALKER, JJ.

DELIVERED: August 4, 2014

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]Therefore, we deny real party in interest's motion to extend the time to file a response.